## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                              CASE NO. 12-29565

Susan Mary Laten                                    CHAPTER 13

                                                                 JUDGE Janet S. Baer

Debtor(s).

### NOTICE OF WITHDRAWAL OF RESPONSE TO NOTICE OF FINAL CURE

PLEASE TAKE NOTICE that on September 8, 2017 there was filed with the Clerk of the Bankruptcy Court, Northern District, Eastern Division, the following in this action:

    Wells Fargo Bank, NA, by and through its attorneys, ANSELMO
    LINDBERG & ASSOCIATES, LLC, **WITHDRAWS** the
    Response to Notice of Final Cure filed on September 7, 2017
    attached to Claim 3-1.

                                                            /s/ Nisha B. Parikh
                                                            Attorney for Creditor

### CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2017, a copy of the foregoing Notice of Withdrawal was served on the following registered ECF participants, **electronically through the court's ECF System** at the email address registered with the court:

Karolina L. Hollingsworth, Debtor's Counsel
Glenn B. Stearns, Trustee
Patrick S. Layng, United States Trustee

And on the following by **first-class U.S. Mail** addressed to:

Susan Mary Laten, 1757 Hannah Lane, Pingree Grove, IL 60140

                                                /s/  Leena A. Thalackal
                                          ANSELMO LINDBERG & ASSOCIATES, LLC
                                          1771 W. Diehl Road, Suite 120
                                          Naperville, IL 60563
                                          (630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)